NO. 07-09-0185-CV

 IN THE COURT OF APPEALS

 FOR THE SEVENTH DISTRICT OF TEXAS

 AT AMARILLO

 PANEL C

 NOVEMBER 15, 2010

 DESHAZO-GEORGE POST #68 -- AMERICAN LEGION, APPELLANT

 V.

 TEXAS ALCOHOLIC BEVERAGE COMMISSION, APPELLEE

 FROM THE 31ST DISTRICT COURT OF WHEELER COUNTY;

 NO. 12,285; HONORABLE STEVEN EMMERT, JUDGE

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

 MEMORANDUM OPINION

 Pending before this Court is Appellant's Motion To Dismiss Appeal in
which he represents he no longer wishes to pursue this appeal. Without
passing on the merits of the case, Appellant's motion is granted and the
appeal is dismissed. Tex. R. App. P. 42.1(a)(1). Having dismissed the
appeal at Appellant's request, no motion for rehearing will be entertained
and our mandate shall issue forthwith.

 Patrick A. Pirtle
 Justice